**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE **DIVISION**
**CIVIL ACTION NO.** 3:15-CR-00284-GCM-DSC

| | | |
|---|---|---|
| USA**,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| JASON ADAM TOWNSEND**,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion.  In advance of the **July 25, 2016** trial date set for Defendant, the Court orders that:

Motions to compel discovery, motions to suppress, motions under Rules 7, 8, 12, 13, 14, 16, 18, and 41 of the Federal Rules of Criminal Procedure, and motions *in limine* shall be filed no later than **June 20, 2016**. Responses to those motions shall be filed no later than **June 27, 2016**. Proposed jury instructions shall be filed no later than **June 27, 2016**.  Trial briefs are not required but may be filed at the election of counsel if briefing would substantially aid the Court at trial.

**SO ORDERED**.

Signed: June 6, 2016

Graham C. Mullen
United States District Judge