**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.** 3:15-CR-00284-GCM-DSC

| | |
|---|---|
| USA, | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) **AMENDED ORDER** |
| JASON ADAM TOWNSEND, | ) ) ) |
| **Defendants.** | ) ) |

**THIS MATTER** is before the Court on its own motion. Defendant's case has been continued to the **July 25, 2016** trial term. The Court finds that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A). In advance of the **July 25, 2016** trial date set for Defendant, the Court orders that:

Motions to compel discovery, motions to suppress, motions under Rules 7, 8, 12, 13, 14, 16, 18, and 41 of the Federal Rules of Criminal Procedure, and motions *in limine* shall be filed no later than **June 20, 2016**. Responses to those motions shall be filed no later than **June 27, 2016**. Proposed jury instructions shall be filed no later than **June 27, 2016**. Trial briefs are not required but may be filed at the election of counsel if briefing would substantially aid the Court at trial.

**SO ORDERED**.

Signed: June 13, 2016

Graham C. Mullen
United States District Judge